# EXHIBIT A

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM**

BETH JOSEPHSON,

              Plaintiff,

vs.

DEREK CALDEIRA and AMY CALDEIRA,

              Defendants.

Case No. 2026-1575- NI
Hon. HON. MORGAN E. COLE

_____/

TODD P. RUTLEDGE (P63052)
DAVID J. JARRETT (P54729)
RUTLEDGE & JARRETT PLLC
Attorneys for Plaintiff
26400 Lahser Road, Ste. 125
Southfield, MI 48033
(248)-469-0037/(248)-469-0288 fax
trutledge@accidentinjury.net
djarrett@accidentinjury.net

_____/

*There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the Complaint.*

## COMPLAINT

NOW COMES the Plaintiff, BETH JOSEPHSON, by and through Plaintiff's attorneys, RUTLEDGE & JARRETT, PLLC, and complaining against the above-named Defendants respectfully represents to this Honorable Court, as follows:

### COUNT I – GENERAL AVERMENTS

1. Plaintiff, at all times relevant hereto, is and was a resident of the County of Ingham, State of Michigan.

2. Defendant driver, DEREK CALDEIRA, upon information and belief, at all times relevant hereto, is and was a resident of the County of Onondaga, and State of New York, said address being 2540 Gardner Road, Fabius, NY 13063-9719.

1

RUTLEDGE & JARRETT · PLLC
26400 Lahser Road · Suite 125
Southfield, MI 48033
248.469.0037

3.    Defendant owner, AMY CALDEIRA, upon information and belief, at all times relevant hereto, is and was a resident of the County of Onondaga, and State of New York, said address being 2540 Gardner Road, Fabius, NY 13063-9719.

4.    The incident complained of herein occurred on or about March 21, 2025, in the County of Ingham and State of Michigan, specifically at or near the intersection of E. Michigan Avenue Street and La Salle Court, in the County of Ingham and State of Michigan.

5.    Jurisdiction is proper in this venue, as this incident complained of occurred in Ingham County, per MCL 600.1629.

6.    The amount in controversy herein exceeds the sum of Twenty-Five Thousand Dollars ($25,000).

## COUNT II – NEGLIGENCE CLAIM AS TO DEFENDANT DRIVER / OWNER DEREK CALDEIRA and AMY CALDEIRA

7.    Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs of this Complaint as though more fully set forth herein.

8.    On said date and time, the Plaintiff was lawfully proceeding at or near the intersection as set forth above, and while the Plaintiff was lawfully proceeding at or near said location, a vehicle being negligently operated by the Defendant suddenly and without warning swerved into Plaintiff's lane of travel, thereby creating a hazardous situation for Plaintiff and further, even if Defendant was attempting to avoid another vehicle, this did not give Defendant the legal right to improperly enter into Plaintiff's lane of travel and put Plaintiff into harm's way, which is in fact what happened and in the course of all of this, Plaintiff's vehicle

2

was forced to leave the roadway and collide with a building, thereby causing the Plaintiff to suffer and sustain various disabling personal injuries.

9.    On the date and time aforesaid, Defendants owed duties to Plaintiff to operate the Defendants' motor vehicle with reasonable care and caution under the Motor Vehicle Code of the State of Michigan, and the common law in such case made and provided, but breached said duties in at least one or more of the following particulars, as presently known:

A.    Operated said vehicle without having it under constant control.

B.    Failed to make proper observations and failed to observe the presence of other users of the road and/ or failed to take timely or proper action based on such observation as was made in order to avoid a collision, including failing to travel in the proper and posted direction of the road.

C.    Operated said vehicle in a reckless and heedless manner, without due regard for the rights and safety of others, particularly the Plaintiff herein, and operated said vehicle without due care and circumspection and at a speed and in a manner so as to endanger or be likely to endanger persons and property in violation of MCLA 257.626, et seq.

D.    Operated said vehicle in a reckless and imprudent manner so as to cause a rear-end collision.  MCLA 257.402, et seq.

E.    Operated said vehicle at a careless and imprudent rate of speed greater than was reasonable and proper, without due regard to the traffic, surface and width of said highway and of other conditions then existing, and operated the aforesaid vehicle at a speed greater than would permit it to be brought to a stop within the assured clear distance ahead, and failed to bring the vehicle to a stop within the assured clear distance ahead, in violation of MCLA 257.627, et seq.

F.    Operated said vehicle in reckless disregard for other users on the road, including, among others, failure to heed traffic control devices, failure to maintain proper lookout for other users on the road, and failure to yield, in violation of MCLA 257.611, et seq.

G.    Failure to stop at the scene of an accident after having been involved in the accident, in violation of MCLA 257.617, 257.617a, 257.618, et seq.

RUTLEDGE & JARRETT · PLLC
26400 Lahser Road · Suite 125
Southfield, MI 48033
248.469.0037

3

H.  Failed to obtain and maintain a policy of adequate and proper motor vehicle insurance coverage, in violation of the laws in such case made and provided, including MCLA 500.3101, et seq.

I.  Defendant owner, as the owner of said vehicle involved in the subject accident herein, is liable for any and all damages caused by the negligent operation of said motor vehicle pursuant to MCLA 257.401, et seq.

J.  Others to be determined as discovery reveals.

10.  As a direct and proximate result of the negligence of Defendants, the Plaintiff sustained and suffered:

A.  Severe bodily injuries which were painful, disabling, and necessitated medical care;

B.  Shock and emotional damage;

C.  Aggravation of preexisting conditions and/or reactivation of dormant conditions;

D.  Inability to attend to usual affairs and render services, as formerly, as well as inability to enjoy the normal pursuit of life, as before;

E.  Others to be determined as discovery reveals.

11.  Said injuries are permanent, to the degree that Plaintiff suffered a loss in ability to earn money as before and will have impaired earning capacity in the future.

12.  Plaintiff will continue to have pain and suffering as well as permanency, all as a result of Defendants' negligence, as hereinbefore alleged.

13.  As a direct and proximate result of the negligence of Defendants and the resulting injuries to Plaintiff, the Plaintiff sustained a serious impairment of a bodily function as an objectively manifested impairment of an important body function that affects the person's general ability to lead a normal life and/or a permanent, serious disfigurement.

4

RUTLEDGE & JARRETT · PLLC
26400 Lahser Road · Suite 125
Southfield, MI 48033
248.469.0037

WHEREFORE, Plaintiff respectfully requests that this Honorable Court award damages in Plaintiff's favor and against Defendants in whatever amount Plaintiff is found to be entitled, together with interest, costs, and attorney fees.

Respectfully submitted,

/s/ Todd P. Rutledge
TODD P. RUTLEDGE (P63052)
DAVID J. JARRETT (P54729)
Attorney for Plaintiff
26400 Lahser, Suite 125
Southfield, MI 48033
Dated: March 26, 2026                 (248) 469-0037 / (248) 469-0288 (fax)

RUTLEDGE & JARRETT • PLLC
26400 Lahser Road • Suite 125
Southfield, MI 48033
248.469.0037

5

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

BETH JOSEPHSON,

       Plaintiff,

vs.

DEREK CALDEIRA and AMY CALDEIRA,

       Defendants.

Case No. 2026-1575-NI

Hon.  HON. MORGAN E. COLE

_____/

TODD P. RUTLEDGE (P63052)
DAVID J. JARRETT (P54729)
RUTLEDGE & JARRETT PLLC
Attorneys for Plaintiff
26400 Lahser Road, Ste. 125
Southfield, MI 48033
(248)-469-0037/(248)-469-0288 fax
trutledge@accidentinjury.net
djarrett@accidentinjury.net

_____/

RUTLEDGE & JARRETT · PLLC
26400 Lahser Road · Suite 125
Southfield, MI 48033
248.469.0037

## DEMAND FOR JURY TRIAL

    NOW COMES the Plaintiff, BETH JOSEPHSON, by and through Plaintiff's attorneys, and hereby demands a trial by jury of the within cause.

                Respectfully submitted,

                /s/ Todd P. Rutledge
                TODD P. RUTLEDGE (P63052)
                Attorney for Plaintiff
                26400 Lahser, Suite 125
                Southfield, MI 48033
                (248) 469-0037 / (248) 469-0288 (fax)
Date: March 26, 2026        trutledge@accidentinjury.net

1